## WALTER cont<sup>a</sup> GIFFARD

Thomas Walter plaint. cont<sup>a</sup> John Giffard Defend<sup>t</sup> according to Attachm<sup>t</sup> The plaint. was nonsuted upon non appearance and costs granted the Defend<sup>t</sup> thirty four Shillings two pence.

Execution issued. 10th Nov<sup>r</sup> 1679.

## BAXTER cont<sup>a</sup> EGERTON

Peter Baxter plaint. cont<sup>a</sup> Peter Egerton Defend<sup>t</sup> according to Attachm<sup>t</sup> The plaint. was nonsuted upon non appearance.

## SANFORD cont<sup>a</sup> HUBBARD

Thomas Sanford plaint. cont<sup>a</sup> m<sup>r</sup> William Hubbard Defend<sup>t</sup> The plaint. withdrew his Action.

## CLARKE &c<sup>a</sup> cont<sup>a</sup> BAKER

Thomas Clarke and Mary Lake Exec<sup>x</sup> to the Estate of Thomas Lake late of Boston dece<sup>d</sup> late Owners of the Katch called the Begining plaint<sup>s</sup> cont<sup>a</sup> Thomas Baker Husband of Mary, Relict and Adm<sup>x</sup> to the Estate of Iohn Smith late of Boston dece<sup>d</sup> or such Estate as did belong unto the s<sup>d</sup> Smith Defend<sup>t</sup> in an Action of the case for witholding from the plaint<sup>s</sup> the full Summe of three hundred pounds due to these plaint<sup>s</sup> for the forfiture of a bond under the hand and Seale of s<sup>d</sup> Iohn Smith bearing date the. 18th of Novemb<sup>r</sup> 1675. with damages: . . . The Jury . . . found for the plaint<sup>s</sup> three hundred pounds breach of bond and costs of Court: At Request of the Defend<sup>t</sup> and both partys being heard, The Court chancered this Forfiture to Fifty Seven pounds Five Shillings Seven pence in money & costs of Court (not allowing twenty pounds alledged to bee p<sup>d</sup> w<sup>ch</sup> is left to further proofe) grant<sup>d</sup> twenty nine Shillings six pence.

Execution issued 10th Nov<sup>r</sup> 1679.

[ Copy of execution and return in S. F. 1813.2.]

## OFEILD cont<sup>a</sup> VITTROY &c<sup>a</sup>

Maudline Ofeild Relict and Exec<sup>x</sup> to the Estate of her late Husband Thomas Ofeild dece<sup>d</sup> plaint. cont<sup>a</sup> the goods money or Estate of Michael ·Vittroy dece<sup>d</sup> in the hands of Eliakim Hutchinson Adm<sup>r</sup> of the s<sup>d</sup> Estate, Defend<sup>t</sup> As also the goods or Estate of John Nurse of